NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER WILLIAMS,                    )
DOC #248923,                             )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-1204
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____  )

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Christopher Williams, pro se.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.